UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD B. WOOD JR.,

    Plaintiff,

v.                                 Case No. 8:20-cv-2143-WFJ-SPF

ANDREW M. SAUL,
Commissioner of the Social
Security Administration,

    Defendant.
_____/

## ORDER REMANDING TO COMMISSIONER

Pursuant to sentence four of 42 U.S.C. § 405(g), Plaintiff seeks judicial review of an administrative decision denying her claim for Social Security Disability benefits and Supplemental Security Income benefits (*see* Dkt. 1). At this juncture, the Commissioner seeks entry of an order reversing and remanding the case for further administrative action. The Commissioner believes remand is appropriate and asserts the following:

> Upon remand, the Commissioner of Social Security will reassess Plaintiff's residual functional capacity and in so doing, evaluate the opinions of Drs. Kelly Gorman and William Reynolds and, if warranted, obtain supplemental vocational evidence.

Dkt. 20. Plaintiff has no objection. Accordingly, it is ordered as follows:

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. 20) is granted.

2. The Commissioner's decision is reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment for Plaintiff and close this case.

**DONE AND ORDERED** at Tampa, Florida on July 9, 2021.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE