UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD B. WOOD, JR.,

    Plaintiff,

v.                                                CASE NO. 8:20-cv-2143-WFJ-SPF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's timely amended unopposed motion for attorney's fees pursuant to 28 U.S.C. § 2412(d) of the Equal Access to Justice Act ("EAJA") with supporting documents (Dkt. 25) and the well-reasoned report issued by United States Magistrate Judge Flynn recommending fees be granted (Dkt. 28). Plaintiff represents that the Commissioner has no objections. Dkt. 25-2. After an independent review of the file, the Court adopts, affirms, and approves in all respects the Report and Recommendation (Dkt. 28), which is made a part of this Order for all purposes.

Accordingly, it is **ORDERED and ADJUDGED**:

    1. The amended uncontested motion for EAJA fees (Dkt. 25) is granted.

2. Plaintiff, as the prevailing party, is awarded appropriate and reasonable attorney's fees in the amount of $7,563.06. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt, then pursuant to Plaintiff's assignment of the EAJA fees to Plaintiff's attorney (Dkt. 25-4) and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the fees may be paid directly to Plaintiff's counsel.

3. The Clerk of Court shall enter a judgment for attorney's fees ($7,563.06) and costs ($400) in favor of Plaintiff and against Defendant in the total amount of $7,963.06.

**DONE AND ORDERED** at Tampa, Florida, on September 7, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of record